856

No. 1015, Misc. POOLE v. HEARD, CORRECTIONS DIRECTOR, ET AL. Court of Criminal Appeals of Texas. Certiorari denied.

No. 1011, Misc. CLINTON v. UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Cox* for the United States. 

No. 1018, Misc. SMEICH ET AL. v. NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 1026, Misc. WILBURN v. CALIFORNIA. Supreme Court of California. Certiorari denied. 

No. 1030, Misc. BOWMAN v. UNITED STATES. C. A. 10th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States. Reported below: —— F. 2d ——.

No. 1042, Misc. EDWARDS v. UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Jerome M. Feit* for the United States. Reported below: —— F. 2d ——.

No. 1052, Misc. ALLISON v. ALABAMA. Supreme Court of Alabama. Certiorari denied. Petitioner *pro se.* *MacDonald Gallion,* Attorney General of Alabama, and *John C. Tyson III,* Assistant Attorney General, for respondent.